IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| CHRISTEL WARD )<br>  *Plaintiff*, )<br> )<br>vs. )<br> )<br>SHERIFF ODDIE SHOUPE, *et al.*, )<br>  *Defendants*. ) | Case No.: 2-17-0047<br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Jeffrey S. Frensley<br>JURY DEMANDED |

**DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

Pursuant to Federal Rule of Civil Procedure 12(c), Defendants Oddie Shoupe, Donna Daniels, Sam Benningfield and White County, Tennessee respectfully request that this Honorable Court enter an order dismissing Judge Benningfield from this action and dismissing Ms. Ward's claim for injunctive and declaratory relief. To the extent the Complaint requests monetary damages from Judge Benningfield, he is entitled to absolute judicial immunity and such claims should be dismissed. Also, recent Tennessee legislation strips Ms. Ward of standing to pursue declaratory and injunctive relief.

For these reasons, as explained more fully in the accompanying memorandum, Defendants respectfully request that this Honorable Court grant this motion for partial judgment on the pleadings and enter an order dismissing Judge Benningfield and the claim for injunctive and declaratory relief.

1

Respectfully Submitted By,

                                **THE ORTALE KELLEY FIRM**

                                /s/ Michael T. Schmitt
                                Michael T. Schmitt, BPR #026573
                                *Attorney for Defendants Sheriff Oddie Shoupe,*
                                *Donna Daniels, Judge Sam Benningfield and White*
                                *County, Tennessee*
                                330 Commerce Street, Suite 110
                                Nashville, TN  37201
                                mschmitt@ortalekelley.com
                                615-256-9999
                                615-726-1494 (facsimile)

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that on July 30, 2018, a true and correct copy of the foregoing Motion has been served via electronic mail through the Court's CM/ECF system on the following:

William H. Stover
Stover Law Group
222 2nd Ave. North, Ste. 326
Nashville, Tennessee 37201

Mario B. Williams
Dallas S. LePierre
Nexus Caridades Attorneys, Inc.
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303

                                        /s/ Michael T. Schmitt
                                        Michael T. Schmitt