# IN THE UNITED STATED DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| CHRISTEL WARD ) | |
|    *Plaintiff*, ) | |
| ) | Case No.: 2-17-0047 |
| vs. ) | Judge Waverly D. Crenshaw, Jr. |
| ) | Magistrate Judge Joe Brown |
| SHERIFF ODDIE SHOUPE, *et al.*, ) | JURY DEMANDED |
|    *Defendants*. ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Christel Ward and Defendants Oddie Shoupe, Donna Daniels, Sam Benningfield and White County, Tennessee advise the Court that all claims brought by Plaintiff have been compromised and settled. These parties agree that this case should be dismissed with prejudice.

**IT IS THEREFORE ORDERED, ADJUDGED & DECREED** that this action is dismissed with prejudice. The parties are responsible for their own costs, fees and expenses.

Entered this the ___ day of February 2019.

_____
District Judge Waverly D. Crenshaw, Jr.

Order Agreed To By:

/s/ Michael T. Schmitt
Michael T. Schmitt, BPR #026573
The Ortale Kelley Law Firm
330 Commerce Street, Suite 110
Nashville, TN  37201
mschmitt@ortalekelley.com
*Attorney for Shoupe, Daniels, Benningfield*
*and White County, Tennessee*

/s/ Dallas S. LePierre
Mario B. Williams, GA BPR No. 235254
Dallas S. LePierre, FL BPR No. 101126
Nexus Caridades Attorneys, Inc.
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
mwilliams@ndhlawyers.com
dlepierre@ndhlawyers.com
*Attorneys for Ward*

## Certificate of Service

     I, the undersigned attorney, hereby certifies that on February 11, 2019, a true and correct copy of the foregoing Agreed Order has been served via electronic mail through the Court's CM/ECF system on the following:

William H. Stover
Stover Law Group
222 2nd Ave. North, Ste. 326
Nashville, Tennessee 37201

Mario B. Williams
Dallas S. LePierre
Nexus Caridades Attorneys, Inc.
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303

                                                    /s/ Michael T. Schmitt
                                                    Michael T. Schmitt