IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| CHRISTEL WARD ) | |
|     *Plaintiff*, ) | |
| ) | Case No.: 2-17-0047 |
| vs. ) | Judge Waverly D. Crenshaw, Jr. |
| ) | Magistrate Judge Joe Brown |
| SHERIFF ODDIE SHOUPE, *et al.,* ) | JURY DEMANDED |
|     *Defendants*. ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Christel Ward and Defendants Oddie Shoupe, Donna Daniels, Sam Benningfield and White County, Tennessee advise the Court that all claims brought by Plaintiff have been compromised and settled. These parties agree that this case should be dismissed with prejudice.

**IT IS THEREFORE ORDERED, ADJUDGED & DECREED** that this action is dismissed with prejudice. The parties are responsible for their own costs, fees and expenses.

_____
Waverly D. Crenshaw, Jr.
Chief United States District Judge

1